**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GREGORY MARTIN**                                                                    **PETITIONER**
**ADC #170561**

**v.**                    **Case No: 4:20-cv-00048 KGB-PSH**

**DEXTER PAYNE, Director,**                                          **RESPONDENT**
**Arkansas Division of Correction**

**ORDER**

      Before the Court are the Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 22).  No party has filed objections to the Recommendation, and the time for doing so has passed.  After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.  The Court denies the relief requested and dismisses with prejudice petitioner Gregory Martin's petition (Dkt. No. 1).  The Court declines to issue a certificate of appealability.

      So ordered this 20th day of March, 2023.

                                                                       _/s/ Kristine G. Baker_
                                                                       Kristine G. Baker
                                                                       United States District Judge